FILED
CLERK, U.S. DISTRICT COURT
APR 3 0 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OLIVER COOK, ) | No. CV 08-1584-CAS(CW) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, ) | |
| Respondent, ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: 4/30/08

_____
CHRISTINA A. SNYDER
United States District Judge